UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO,<br><br>　　　　　Respondent. | Case No. CV 19-06535 FMO (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: August 1, 2019

　　　　　　　　　　　　　/s/
　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　UNITED STATES DISTRICT JUDGE